# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **JESSE J. CHAMBERS, JR.** | **CIVIL ACTION NO. 08-0091** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **BROOKSHIRE GROCERY CO., INC.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 15], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant Brookshire Grocery Company, Inc.'s Motion for Sanctions [Doc. No. 13] is GRANTED IN PART, and Plaintiff Jessie J. Chambers, Jr.'s Complaint [Doc. No. 1] is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Motion for Sanctions is DENIED IN PART to the extent that it seeks attorney's fees and expenses.

MONROE, LOUISIANA, this 9th day of December, 2008.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE